| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Specialized Loan Servicing LLC, as servicer for
HSBC Bank USA, National Association, as Trustee
for Deutsche Alt-A Securities, Inc., Mortgage-Pass
Through Certificates Series 2005-AR2

Order Filed on August 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    12-40192 CMG

Chapter: 13

Hearing Date:  August 16, 2017

Judge:  Christine M. Gravelle

In Re:

    Suber, Allen aka Allen P. Suber aka Alan P. Suber
                              Debtor

    Guariniello, Georgette
                              Co-Debtor

# ORDER VACATING STAY & CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 16, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities, Inc., Mortgage-Pass Through Certificates Series 2005-AR2</u>, under

Bankruptcy Code section 362(a) and 1301(c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■  Real Property More Fully Described as:

   **Land and premises commonly known as Lot 9, Block 417.01,   18 Grover Avenue, Sayreville NJ 08872**

☐  Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Allen Suber  
    Debtor

Case No. 12-40192-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 16, 2017  
                 Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2017.  
db         +Allen Suber,    18 Grover Avenue,    South Amboy, NJ 08879-1935  
aty       +Carlos Sanchez,    Rebenack Aronow & Mascolo, LLP.,    111 Livingston Avenue,    New Brunswick, NJ 08901-2411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2017 at the address(es) listed below:  
         Albert Russo     docs@russotrustee.com  
         Andrew L. Spivack     on behalf of Creditor     AMERICAS SERVICING COMPANY AS SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR2 nj.bkecf@fedphe.com  
         Denise E. Carlon     on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities, Inc., Mortgage-Pass Through Certificates Series 2005-AR2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         James A. Rybka     on behalf of Creditor     City of Newark rybkaj@ci.newark.nj.us  
         Jeanette F. Frankenberg     on behalf of Creditor     Central Mortgage Company cmecf@sternlav.com  
         Joel A. Ackerman     on behalf of Creditor     The Bank of New York Mellon formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage bankruptcynotice@zuckergoldberg.com  
         Joel A. Ackerman     on behalf of Creditor     The Bank of New York Mellon, f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities, Bear Stearns ALT-A Trust, Mortgage jackerman@zuckergoldberg.com  
         Joel A. Ackerman     on behalf of Creditor     Wells Fargo Bank, N.A. dba Americas Servicing Company bankruptcynotice@zuckergoldberg.com  
         Joel A. Ackerman     on behalf of Creditor     The Bank of New York Mellon formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank, NationalAssociation as Trustee for the Certificateholders of Structured Asset Mortgage I jackerman@zuckergoldberg.com  
         Sean M. O'Brien     on behalf of Creditor     The Bank of New York, as successor Trustee f/b/o holders of Bear Stearns Asset Backed Securities I, LLC, Bear Stearns ALT-A Trust 2006-1, Mortgage Pass-Through Certificates, Series 2006-1 sobrien@flwlaw.com  
                                                                                                                        TOTAL: 10