Form clsnodsc – ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 12−40192−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Allen Suber
   aka Allen P. Suber, aka Alan P. Suber
   18 Grover Avenue
   South Amboy, NJ 08879

Social Security No.:
   xxx−xx−9488

Employer's Tax I.D. No.:

---

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after May 14, 2018 for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: April 13, 2018
JAN: wdr

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 12-40192-CMG
Allen Suber                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 13, 2018
                              Form ID: clsnodsc        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2018.
db            +Allen Suber,   18 Grover Avenue,    South Amboy, NJ 08879-1935
aty           +Carlos Sanchez,    Lindabury McCormick Estabrook and Cooper,    53 Cardinal Dr,
                Westfield, NJ 07090-1020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 13 2018 23:17:11     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 13 2018 23:17:07     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ  07102-5235
                                                                                              TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2018 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    AMERICAS SERVICING COMPANY AS SERVICER FOR HSBC BANK
               USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE PASS-THROUGH
               CERTIFICATES SERIES 2005-AR2 nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               Deutsche Alt-A Securities, Inc., Mortgage-Pass Through Certificates Series 2005-AR2
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              James A. Rybka    on behalf of Creditor    City of Newark rybkaj@ci.newark.nj.us
              Jeanette F. Frankenberg    on behalf of Creditor    Central Mortgage Company cmecf@sternlav.com
              Joel A. Ackerman    on behalf of Creditor    The Bank of New York Mellon formerly known as The Bank
               of New York as successor Trustee to JPMorgan Chase Bank, NationalAssociation as Trustee for the
               Certificateholders of Structured Asset Mortgage I jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    The Bank of New York Mellon formerly known as The Bank
               of New York as successor Trustee to JPMorgan Chase Bank, National Association as Trustee for the
               Certificateholders of Structured Asset Mortgage bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset
               Backed Securities, Bear Stearns ALT-A Trust, Mortgage jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Wells Fargo Bank, N.A. dba Americas Servicing Company
               bankruptcynotice@zuckergoldberg.com
              Sean M. O'Brien    on behalf of Creditor    The Bank of New York, as successor Trustee f/b/o
               holders of Bear Stearns Asset Backed Securities I, LLC, Bear Stearns ALT-A Trust 2006-1,
               Mortgage Pass-Through Certificates, Series 2006-1 sobrien@flwlaw.com
                                                                                              TOTAL: 10